UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARGARITA PALACIOS,

    Plaintiff,

v.                                  Case No: 2:17-cv-460-FtM-38MRM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

# **ORDER**[1]

This matter comes before the Court on review of Plaintiff's Complaint (Doc. 1) filed on August 11, 2017. Plaintiff Margarita Palacios, who resides in Miami-Dade County, Florida, seeks judicial review of the final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g).

Per Middle District of Florida Local Rule 1.02(c), "[a]ll civil proceedings of any kind shall be instituted in that Division encompassing the county or counties having the greatest nexus with the cause, giving due regard to the place where the claim arose and the residence or principal place of business of the parties." M.D. Fla. R. 1.02(c). Miami-Date County, Florida where the Plaintiff resides is within the geographical area encompassed by the Southern District of Florida. The Complaint is devoid of allegations

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

related to the Fort Myers Division of the Middle District of Florida. Therefore, this case is due to be transferred to the Southern District.

Accordingly, it is now

**ORDERED:**

The Clerk of Court is directed to **TRANSFER** the above-captioned case to the **Miami Division of the Southern District of Florida**. The Clerk shall terminate all deadlines, transfer any pending motions, and close the Fort Myers case file.

**DONE** and **ORDERED** in Fort Myers, Florida this 11th day of August, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record